CRIMINAL COMPLAINT
(Electronically Submitted)

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>**Francisco Javier Gutierrez-Alvarado**<br>YOB: 1998; Citizen of Mexico | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br>22-00570MJ |

Complaint for violation of Title 8, United States Code Sections 1326(a) and (b)(2)

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

On or about September 20, 2022, at or near Naco, in the District of Arizona, **Francisco Javier Gutierrez-Alvarado**, an alien, entered, and was found in the United States of America after having been denied admission, excluded, deported, and removed from the United States through San Ysidro, California on November 27, 2019, and without obtaining the express consent of the Attorney General or the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Section 1326(a), enhanced by Title 8, United States Code, Section 1326(b)(2), a felony.

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

**Francisco Javier Gutierrez-Alvarado** is a citizen of Mexico. On November 27, 2019, **Francisco Javier Gutierrez-Alvarado** was lawfully denied admission, excluded, deported and removed from the United States through San Ysidro, California. On September 20, 2022, agents found **Francisco Javier Gutierrez-Alvarado** in the United States at or near Naco, Arizona, without the proper immigration documents. **Francisco Javier Gutierrez-Alvarado** did not obtain the express consent of the Attorney General or the Secretary of the Department of Homeland Security to re-apply for admission to the United States.

**MATERIAL WITNESSES IN RELATION TO THE CHARGE:**

| DETENTION REQUESTED<br>Being duly sworn, I declare that the foregoing is<br>true and correct to the best of my knowledge.<br>CJC3/AJC                       CJM<br>AUTHORIZED AUSA /s/Christopher Curran | SIGNATURE OF COMPLAINANT (official title)<br><br>OFFICIAL TITLE<br>Border Patrol Agent<br>Andrew J. Carpenter |
|---|---|
| Sworn by telephone  x<br>SIGNATURE OF MAGISTRATE JUDGE[1] | DATE<br>September 21, 2022 |

[1] See Federal rules of Criminal Procedure Rules 3, 4.1, and 54